Case 3:20-cv-00301   Document 29   Filed 09/30/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 30, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| ALONZO HARDEMAN, | § § | |
| VS. | § § | |
| UNITED STATES OF AMERICA ON BEHALF OF COASTAL HEALTH AND WELLNESS, A FEDERALLY SUPPORTED HEALTH CENTER, | § § § § § § | NO. 3:20-cv-301 |

## FINAL JUDGMENT

Pursuant to the court's memorandum opinion order, Dkt. 28 entered in this case granting the defendant's motion for summary judgment, Dkt. 21, it is ordered that this case is dismissed with prejudice. The Court enters FINAL JUDGMENT dismissing this action with prejudice.

THIS IS A FINAL JUDGMENT.

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 30th day of September, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE